IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Cody Atkins,<br><br>    Plaintiff,<br><br>vs.<br><br>Chad Pringle,<br><br>    Defendant. | **ORDER ADOPTING ORDER AND RECOMMENDATION**<br><br>Case No. 3:17-cv-269 |

Before the Court is an Order and Recommendation issued by Magistrate Judge Alice R. Senechal on June 9, 2021, wherein Judge Senechal denied the Plaintiff's motion to withdraw his consent to proceed before a magistrate judge and recommended the undersigned review the Order and Recommendation. See Doc. No. 59.

The Court has carefully reviewed the Order and Recommendation, the relevant case law, and the entire record, and finds the Order and Recommendation to be persuasive. While 28 U.S.C. § 636(c)(4) permits a party to withdraw its consent to a magistrate judge upon demonstrating extraordinary circumstances, the Plaintiff has failed to make any such showing here. Accordingly, the Court **ADOPTS** the Order and Recommendation (Doc. No. 59) in its entirety and **DENIES** the Plaintiff's motion to withdraw consent (Doc. No. 58).

**IT IS SO ORDERED.**

Dated this 11th day of June, 2021.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court

1